# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:04CR190

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| | ) | |
| THOMAS L. JACOBS | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's appeal from the Magistrate Judge's ruling denying his motion to withdraw his guilty plea.

The Court has reviewed the Defendant's motion and finds that there are no grounds set forth to support a withdrawal of the plea. For the reasons set forth in the Government's opposition brief, the Court finds that Defendant's motion should be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to withdraw guilty plea is hereby **DENIED**.

**Signed: November 8, 2005**

Lacy H. Thornburg
United States District Judge