**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO.  3:04CR190**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| ) | |
| **THOMAS L. JACOBS** ) | |
| ———————————————  ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion

to "defer financial payments while incarcerated."  The motion is denied.

The Bureau of Prisons has the authority to place a defendant in the

Inmate Financial Responsibility Program based on the wording contained

in the criminal judgment.  ***United States v. Watkins*, 161 F. App'x 337 (4th**

**Cir. 2006); *Bramson v. Winn*, 136 F. App'x 380 (1st Cir. 2005).**  Prior to

seeking relief from any court concerning obligations under that program,

the defendant is required to exhaust all administrative remedies through

the Bureau of Prisons.  ***McGhee v. Clark*, 166 F.3d 884, 885-87 (7th Cir.**

**1999).**  Thereafter, a defendant may challenge such payments but only by

filing the appropriate pleading in the district court of confinement, not with

the sentencing court. ***Matheny v. Morrison***, **307 F.3d 709, 712 (8th Cir. 2002);** ***Moore v. Olson***, **368 F.3d 757, 759 (7th Cir. 2004).**

Additionally, because the Defendant's case is presently on appeal, this Court has no jurisdiction to issue a ruling on his motion. Defendant is further advised that he may not file *pro se* motions with the Court since he is represented by counsel. Any matter warranting the Court's attention must be filed through his attorney.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to "defer financial payments while incarcerated" is hereby **DENIED**.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge